1541

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 11-97 |
| v. | ) | (29 U.S.C. § 501(c)) |
| JENNINE M. PRINCE | ) | |

### INDICTMENT

### COUNT ONE

The grand jury charges:

From on or about January 3, 2005 to on or about November 24, 2009, in the Western District of Pennsylvania, the defendant JENNINE M. PRINCE, a person employed directly and indirectly as a bookkeeper of Local Union No. 3 of the International Association of Bridge, Structural and Ornamental Iron Workers, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $418,070.96.

All in violation of Title 29, United States Code, Section 501(c).

A True Bill,

_____
Foreperson

_____
DAVID J. HICKTON
United States Attorney
PA ID No. 34524